# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICKI BOYD,<br><br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69712 |
| NICKI BOYD,<br><br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 69859 |
| NICKI BOYD,<br><br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 70014 |

**FILED**

APR 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant's notices of appeal fail to designate any appealable decisions of the district court. Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-10822

cc: Hon. Douglas Smith, District Judge
Nicki Boyd
Roy L. Nelson, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk